No. 94–761.  CALDERON, WARDEN, ET AL. v. WADE.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari denied.